Case 08Cr00789 (RJS)

To; Hon Richard J Sullivan

My name is Roberto Sanchez   90282-054

On November 26, 2019 I file a motion for Compassion + Compelling release under the first step Act.

I like to amend my Medical records to this motion. Statutory Provision of 18 U.S.C. + 3582(c)(1)(A) and a Copy from BOP Bulletting.

Sir I like you to Know that if you gave me this second Chance, I plan to work hard and help with my younges Daughter Hope that she's about to go to Collage + Also I plan to go middle + High School if I could to talk to the new generation about how important an Education is. There's no short cuts in life.

I am a Diabetic, take insulin.   (Thank you Sir)
have high blood presure.          (Roberto Sanchez)
Can you request my medical record please
Here in Elkton Ohio are 3 Confirm Cases of Coronavirus 65 in quarentine. The Co's arent helping and every body is getting sick. Please Sir Help.

Case 1:08-cr-00789-RJS Document 406 Filed 04/09/20 Page 2 of 3



**U.S. Department of Justice**

**Federal Bureau of Prisons**
**Federal Correctional Institution**

Elkton, Ohio 44415

March 20, 2020

**MEMORANDUM FOR:** INMATE POPULATION

**FROM:** Health Services Administrator

**SUBJECT:** COVID-19 Frequently Asked Questions

In January 2020, the World Health Organization declared the spread of Caronavirus also dubbed "COVID-19" a public health emergency with the Centers for Disease Control (CDC) responding accordingly. More recently, these same experts have acknowledged COVID-19 a global pandemic. Many inmates have approached staff with questions about COVID-19, the memorandum is intended to answer many of those frequently asked questions with the answers taken from the CDC.

### How is COVID-19 spread?
- The best way to prevent illness is to avoid being exposed to this virus.
- The virus is thought to spread mainly from person-to-person. Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs or sneezes.
- These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.

### How do I protect myself?
- Wash your hands often with soap and water for at least 20 seconds especially after you have been in a public place, or after blowing your nose, coughing, or sneezing.
    - With soap and water **FROG: F**riction **R**ubs **O**ff **G**erms
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- **Avoid close contact** with people who are sick.
- Clean and disinfect frequently
- Avoid sharing personal items such as dishes, drinking glasses, towels, bedding, or razors.

SANCHEZ, ROBERTO 90282054

**What symptoms do I look for?**
- The symptoms may appear 2-14 days after exposure
    - Fever
    - Cough
    - Shortness of breath

**What cleaners are effective on COVID-19?**
- The FBOP has approved HDQC2 for all-purpose cleaning. HDQC2 is effective against Caronaviruses. As with any cleaner, it must sit and permitted to air dry, or "wet time." HDQC2's wet time is 10 minutes.
- Handwashing requires soap and water. This soap can be hand soap, dish soap, or shampoo.

**What do I do if I'm feeling sick?**
- Report to sick call during designate time frames. If you get sick, notify your duty supervisor or unit officer who will contact Health Services.

**Who is at risk for COVID-19?**
- No one is immune to COVID-19
- Some people may be at higher risk of getting very sick from this illness. This includes:
    - Those age 50 and older
    - People with underlying medical problems like
        - Heart Disease
        - Diabetes
        - Lung Problems such as COPD or Asthma
        - Those who are Immunocompromised

**Is there a vaccine?**
- There is no vaccine for COVID-19, scientists are working on a vaccine but it won't be available for some time.

**Can I go outside?**
- Yes, being outdoors is recommended but maintain, "social distancing" of at least 6 feet.

**Can I exercise?**
- Yes, if you are not sick, you can exercise. Your equipment must be cleaned with HDQC2 for the appropriate wet time.

SANCHEZ, ROBERTO 90282054