UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 08-cr-789-1 (RJS) |
| ROBERTO SANCHEZ, | ORDER |
| Defendant. | |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the government shall file a letter by Wednesday, April 22, 2020 setting forth its position on Defendant's motion for compassionate release from custody (Doc. Nos. 402, 406).

SO ORDERED.

Dated:   April 15, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation