UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 08-cr-789-1 (RJS) |
| ROBERTO SANCHEZ, | ORDER |
| Defendant. | |

RICHARD J. SULLIVAN, Circuit Judge:

On April 15, 2020, the Court ordered the government to file a letter by Wednesday, April 22, 2020 setting forth its position on Defendant's pro se motion for compassionate release from custody. (Doc. No. 407.) Defendant, now represented by counsel, submitted a letter supplement to his motion on April 20, 2020. (Doc. No. 411.) IT IS HEREBY ORDERED THAT the government shall also respond to Defendant's letter supplement in its submission.

SO ORDERED.

Dated:    April 21, 2020
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation