UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROBERTO SANCHEZ,

               Defendant.

No. 08-cr-789-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      On April 9, 2020, Defendant submitted a pro se letter in connection with his pro se November 26, 2019 motion for compassionate release, referring to the COVID-19 pandemic and his medical conditions. (Doc. No. 406.) Although he referred to attached "medical records," no medical records were included with the letter. The Court is now in receipt of those "medical records" – a four-page "Health Services Clinical Encounter" document that was sent separately to chambers and was received on April 20, 2020. In light of the inclusion of Defendant's private medical information in the document, the Court concludes that the presumption in favor of open records is outweighed by Defendant's privacy interest. *See United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT the four-page "Health Services Clinical Encounter" document shall be filed under seal.

SO ORDERED.

Dated:     April 21, 2020
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation