Hon: Richard J. Sullivan        Case: 08cr789(RJS)

This letter is for Reconcideration for your denial of my motion for Compassion release under the Cares Act.

Sir, I am very remorseful for my Pass Actions. I feel terrible for all the people I hurt. Also my family my baby girl daughter Hope Sanchez which I left whe she was Just 5 years old, Today she about to be 18 years old and her Mother she to was Incarcerated and did 66 Months. My other Children Christ, Jenny, Carlos and Daniel which are all adults today and have good Careers and I thank God for that. I feel horrible for all those families that I helped to destroy and form bad habits because of my Action, All those father, Brothers, Sister and others that were exposed to Drugs because of my actions.

Hon: Judge Mr. Sullivan I Promise to do whats right and help make amends with my past and do what ever I can't to make it right.

( My Plans If release from Prison )

My plan is to go work on myself to make a difference in my Community. I plan to be active in my Community and volenteer my time and resources to people who need Help and get my own place.

Also I wish to get a Job, work hard and try to get my family back, my wife and daughter in a safe Home, Help my daughter go to College and assure her that her Dad will be there for her to love her and Guide her to making the best decision for her future.

Hon: Mr. Sullivan I've got 12 years in without good time with good time 15 years. Your Honor I did RDAP and I did not get the year off, because I have 2 points Gun enhancement, but I do get a year of Half way house and 6 Month off Home Confinement which leaves me with only 3½ years left on my sentence.

Sir: I did all the program to learn how my actions efflicted others and to learn how to not make the Same mistakes and go down that path again. what I learned made me want to help others with drug problems.

Your Honor, I'm asking for another chance at life. a Chance to prove to my family, laeonce, friends and my Community that I am a changed men, I have learn my lesson and I will do my best to try to make up for all my grave mistakes I made. Everyone deserve another chance your Honor. I'm asking you to please reconsider your denial & give me a chance to make amends.

Sir: The Covid-19 has changed the world, I never really thought of having to spend my last days in prison until now, but with this Pandemic and my medical issues I fear anyday could be my last. I know you didn't sentence me to death so, I ask you, I implore you to see the good in me and allow me to be home with my family to try to repair all the damage that I have caused.

Thank you - your Honor.

Sincerely Roberto Sanchez
90278-054